CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

December 14, 2015

Mr. Craig Henderson
Wolf & Henderson, P.C.
4309 Irving Ave., Suite 200
Dallas, Texas 75219

RE:    Court of Appeals Number:    05-15-01068-CV
       Trial Court Case Number:    380-00398-2013

Style:  *My Three Sons, LTD., et al. v. Midway/Parker Medical Center, L.P., et al.*

Dear Mr. Henderson:

       The Court has reviewed the letter briefs and supplemental clerk's record filed on December 11, 2015.  It now appears the Court has jurisdiction over this appeal.

       Appellants' brief on the merits is due **JANUARY 13, 2016**.

                                Respectfully,

                                /s/ Lisa Matz, Clerk of the Court

cc:    Mr. J. David Apple
       Apple & Fink, L.L.P.
       735 Plaza Blvd., Suite 200
       Coppell, Texas 75019

       Mr. Chad Robinson
       Riddle & Williams, P.C.
       3710 Rawlins Street
       Suite 1400 - Regency Plaza
       Dallas, Texas 75219

Ms. Tori Smith Levine
Wilson Elser Mokowitz Edelman & Dicker, LLP
4800 Bank of America Plaza
901 Main Street
Dallas, Texas 75202

Mr. Robert Shapiro
Canterbury Gooch Surratt Shapiro, Stein & Gaswirth, P.C.
Occidental Tower
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244

LM/rz